[No. 32230-1-III.   Division Three.   March 3, 2015.]

HARMONY L.A. WHITE, *Appellant*, v. MOSES LAKE SCHOOL DISTRICT NO. 161, *Respondent*.

Appeal from a judgment of the Superior Court for Grant County, No. 11-2-00643-0, John D. Knodell III, J., entered January 22, 2014. *Affirmed* by unpublished opinion per Fearing, J., concurred in by Siddoway, C.J., and Korsmo, J.

[No. 32309-9-III.   Division Three.   March 3, 2015.]

ANNA CARLSON, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 13-2-00052-3, Frances P. Chmelewski, J., entered February 11, 2014. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Korsmo, J., concurred in by Siddoway, C.J., and Lawrence-Berrey, J.

[No. 31540-1-III.   Division Three.   March 5, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH DEAN BYRD, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 13-1-00038-8, Evan E. Sperline, J., entered March 27, 2013. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Brown, A.C.J., and Korsmo, J.

[No. 32011-1-III.   Division Three.   March 5, 2015.]

SUNTRUST MORTGAGE, INC., *Respondent*, v. STEVEN M. MILLER ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 12-2-03495-2, Gregory D. Sypolt, J., entered September 20, 2013. *Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Korsmo and Fearing, JJ.